IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN K. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12-cv-1242-NJR-DGW |
| ) | |
| MARSHA WOOD, R LYNCH, L. WINSOR,) | |
| and S. A. GODINEZ, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are the Third Motion for Sanctions filed by Defendants S. A. Godinez, R. Lynch, and L. Winsor on February 20, 2015 (Doc. 115), the Motion for Sanctions filed by Defendant Marsha Wood on February 23, 2015 (Doc. 117), and the Motion for Extension of Time filed by Plaintiff Benjamin K. Scott on March 5, 2015 (Doc. 118).

The history of discovery in this case will not be fully repeated.  On December 23, 2015, Plaintiff was ordered to respond, without objection to Defendants' interrogatories by January 13, 2015 (Doc. 110).   At the time of the Order, Plaintiff was incarcerated at the Sheridan Correctional Center.   It appears that Plaintiff did not receive the Order while incarcerated.   Plaintiff submitted a change of address notice on January 5, 2015 (Doc. 111) that was dated December 29, 2014 indicating that he was released from prison.  The December 23, 2014 Order was resent to Plaintiff, at his new address, on January 22, 2015, after the deadline had expired.   Plaintiff filed an "objection" to the Order on February 6, 2014 in which he complains of various actions by non-parties which are not relevant to this action (Doc. 114).   At no point in the "objection" does Plaintiff indicate when he will be responding to Defendants' discovery requests.

In his Motion for extension of time, Plaintiff seeks until March 30, 2015 to respond to the pending discovery requests.  That motion is **GRANTED**.  The Court assumes that Plaintiff has already served his discovery responses and the Court expects that those responses are compliant with the Court's rulings.   However, out of an abundance of caution, the Court further **GRANTS** Plaintiff until **April 17, 2015** to serve his responses.   Responses shall be postmarked by that date.

The Motions for Sanctions are accordingly **DENIED WITHOUT PREJUDICE**.  The Court has already warned Plaintiff about the failure to comply with discovery and Orders of this Court and additional warnings are unnecessary.   Defendants shall file with the Court a notice by **April 24, 2015** indicating whether Plaintiff has responded adequately to their discovery requests.  At that point, the Court may reconsider their Motions for Sanctions, if necessary.

**IT IS SO ORDERED.**

**DATED: April 2, 2015**

                **DONALD G. WILKERSON**
                **United States Magistrate Judge**